IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Dallas

Printed: 12/16/08

Case Number: 07 B 20401
Judge: Squires, John H
Filed: 10/31/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 5, 2008
Confirmed: February 13, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,062.50 |  |
| Secured: |  | 1,631.12 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,128.27 |
| Trustee Fee: |  | 303.11 |
| Other Funds: |  | 0.00 |
| Totals: | 5,062.50 | 5,062.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,559.50 | 3,128.27 |
| 2. | ACC Consumer Finance | Secured | 21,063.85 | 1,631.12 |
| 3. | Aurora Loan Service | Secured | 10,000.00 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 61.18 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 15.00 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 40.65 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 1,181.63 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 58.00 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 78.04 | 0.00 |
| 10. | ACC Consumer Finance | Unsecured | 0.05 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 61.18 | 0.00 |
| 12. | Chase Home Mortgage | Secured | | No Claim Filed |
| 13. | Medical Collections | Unsecured | | No Claim Filed |
| 14. | Tribute/Fbold | Unsecured | | No Claim Filed |
| 15. | Regional Acceptance | Unsecured | | No Claim Filed |
| | | | $ 36,119.08 | $ 4,759.39 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 127.59 |
| 6.5% | 175.52 |
| | $ 303.11 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Jones, Dallas

Printed: 12/16/08

Case Number:  07 B 20401
Judge:  Squires, John H
Filed:  10/31/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

